# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO CACHO AND ANTONIO OCAMPO,<br><br>PLAINTIFFS,<br><br>v.<br><br>SHERIFF MARLIN N. GUSMAN, ORLEANS PARISH SHERIFF,<br><br>DEFENDANT. | Civil Action No. 2:11-cv-225<br><br>Judge: Hon. Janis Van Meerveld |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Intervenor-Defendant State of Louisiana hereby appeals to the United States Court of Appeals for the Fifth Circuit the Court's February 18, 2026, Order and Reasons (ECF No. 178) on Intervenor-Defendant's Motion to Terminate or Dissolve the Consent Decree (ECF No. 157), and all earlier orders subsumed within that ruling.

1

Dated: February 19, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

 /s/ Zachary Faircloth
ZACHARY FAIRCLOTH (LA 39875)
  Principal Deputy Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone:  (225) 421-4088
Facsimile:  (225) 326-6795
FairclothZ@ag.louisiana.gov

*Counsel for the State of Louisiana*

## CERTIFICATE OF SERVICE

On February 19, 2026, I hereby certify that I caused this document to be served electronically on all counsel of record by filing the document using the CM/ECF system.

*/s/ Zachary Faircloth*
Zachary Faircloth (LA 39875)
