No. 26-30101

IN THE

# United States Court of Appeals for the Fifth Circuit

MARIO CACHO; ANTONIO OCAMPO,
*Plaintiffs-Appellees,*

*v.*

SUSAN HUTSON, ORLEANS PARISH SHERIFF,
*Defendant,*
and

STATE OF LOUISIANA,
*Intervenor-Appellant.*

On Appeal from the United States District Court for the
Eastern District of Louisiana,
No. 2:11-cv-225, Hon. Janis van Meerveld

## PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Mary C. Yanik
TULANE LAW CLINICS
6329 Freret Street, Suite 130
New Orleans, LA 70118

Cassandra Charles
National Immigration Law Center
1121 14th Street, NW
Washington, DC 20005

Jeremy Long
Al Otro Lado
634 S. Spring Street, Suite 504
Los Angeles, CA 90014

Elise M. Baranouski
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
(202) 339-8400
ebaranouski@orrick.com

Anisha S. Dasgupta
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Counsel for Plaintiffs-Appellees Mario Cacho and Antonio Ocampo*

## CERTIFICATE OF INTERESTED PERSONS

The number and style of the case are Mario Cacho; Antonio Ocampo v. Susan Hutson, Orleans Parish Sheriff, and State of Louisiana, No. 26-30101.

Pursuant to Fifth Circuit Rule 27.4 and 28.2.1, undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case.  These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

Plaintiffs-Appellees
Mario Cacho
Antonio Ocampo
Counsel: Orrick, Herrington & Sutcliffe LLP (Elise M. Baranouski, Anisha S. Dasgupta); Tulane Law Clinics (Mary C. Yanik); National Immigration Law Center (Cassandra Charles); Al Otro Lado (Jeremy Long).

Defendant
Susan Hutson, Orleans Parish Sheriff
Intervenor-Appellant
State of Louisiana

Counsel: Louisiana Department of Justice (Benjamin Aguinaga, Zachary Faircloth).

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/Elise M. Baranouski*

Elise M. Baranouski
*Counsel for Plaintiffs-Appellees Mario Cacho and Antonio Ocampo*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Plaintiffs-Appellees Mario Cacho and Antonio Ocampo, respectfully request a 40-day extension of time, to and including September 8, 2026, to file their response brief. Counsel for Intervenor-Appellant State of Louisiana has indicated to Counsel for Plaintiffs-Appellees that they do not oppose the motion. This is Plaintiffs-Appellees' first request for an extension of time.

In support of this request, Plaintiffs-Appellees respectfully state as follows:

1.     Plaintiffs-Appellees' response brief is currently due July 29, 2026. A 40-day extension would cause the brief to be due on September 8, 2026.

2.     Elise M. Baranouski entered an appearance as pro bono lead counsel for Plaintiffs-Appellees on June 22, 2026, replacing former pro bono lead counsel Alyssa Barnard-Yanni, who withdrew due to her departure from Orrick, Herrington & Sutcliffe LLP.

3.     Pro bono lead counsel has since been working diligently to familiarize herself with the record in the underlying case, conduct legal research, and draft the brief, but it has become clear that the requested

1

extension is necessary due to competing obligations in other matters during the relevant period.  Among other ongoing obligations, lead counsel has primary drafting responsibility on an appellate brief in *White v. PayPal Holdings, Inc.*, No. 26-1838, due July 17, 2026, in the U.S. Court of Appeals for the Ninth Circuit; significant drafting responsibility on an appellate brief in *Dunning v. Supergoop, LLC*, No. 26-797, due July 30, 2026, in the U.S. Court of Appeals for the Second Circuit (proceeding on the expedited appeals calendar); and primary drafting responsibility on a response brief in *Washington v. Meta Platforms, Inc.*, No. 103748-1, due July 31, 2026, in the Washington Supreme Court (which issued an order on July 16, 2026, calling for this response).

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court grant this unopposed motion for a 40-day extension of time, up to and including September 8, 2026, in which to file their response brief.

Respectfully submitted,

*/s/Elise M. Baranouski*

Mary C. Yanik
TULANE LAW CLINICS
6329 Freret Street, Suite 130
New Orleans, LA 70118

Cassandra Charles
National Immigration Law
Center
1121 14th Street, NW
Washington, DC 20005

Jeremy Long
Al Otro Lado
634 S. Spring Street, Suite 504
Los Angeles, CA 90014

Elise M. Baranouski
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
(202) 339-8400
ebaranouski@orrick.com

Anisha S. Dasgupta
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Counsel for Plaintiffs-Appellees Mario Cacho and Antonio Ocampo*

July 17, 2026

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 329 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Elise M. Baranouski*
Elise M. Baranouski
*Counsel for Plaintiffs-Appellees Mario Cacho and Antonio Ocampo*