# *instruUnited States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 27, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-30101   Cacho v. State of Louisiana
                USDC No. 2:11-CV-225

The court has granted in part an extension of time to and including August 28, 2026 for filing appellees' brief in this case.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _Rebecca Andry_
    Rebecca Andry, Deputy Clerk
    504-310-7638

Mr. Jorge Benjamin Aguinaga
Ms. Elise M. Baranouski
Ms. Cassandra Charles
Ms. Anisha Sasheen Dasgupta
Mr. Zachary Faircloth
Mr. Jeremy Jong
Ms. Mary Catherine Yanik