# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2026

Ms. Elise M. Baranouski
Orrick, Herrington & Sutcliffe, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. Zachary Faircloth
Louisiana Department of Justice
Federalism Division
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Alexandra Gold Kersley
Hecker Fink, L.L.P.
350 5th Avenue
63rd Floor
New York, NY 10118

No. 26-30101 Cacho v. State of Louisiana
USDC No. 2:11-CV-225

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray. Amicus Curiae's brief must be green.

Please be sure that you print your paper copies **from the sufficient brief/record excerpts event** and not the proposed

sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

Olivia Andry

By: _________________________
Olivia G. Andry, Deputy Clerk
504-310-7633

cc:
Mr. Jorge Benjamin Aguinaga
Ms. Cassandra Charles
Ms. Anisha Sasheen Dasgupta
Mr. Michael Joseph Ferrara
Mr. Damaris Hernandez
Mr. Jeremy Jong
Ms. Bridget Pranzatelli
Ms. Mary Catherine Yanik